UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 19-cr-394-01-01 |
| VERSUS | CHIEF JUDGE HICKS |
| DEMETRIUS DEANGELO HALL (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objection filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Defendant's Motion to Suppress (Record Document 338) be **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 8th day of September, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT