UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-0394-01 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DEMETRIUS DEANGELO HALL (01) | MAGISTRATE JUDGE HORNSBY |

**ORDER**

Considering the document styled "Order/Motion to Preserve Rights for Appeal" filed by Defendant Demetrius Deangelo Hall (Record Document 371),

The Defendant was previously permitted to file two pro se motions on his own behalf. Having already filed the Speedy Trial Motion (Record Document 339) and the Motion to Suppress (Record Document 338), the instant Motion is outside the order of the Court.

The Fifth Circuit Court of Appeals has held that a criminal defendant does not have the right to a hybrid representation, that is representation partly by counsel and partly by himself. United States v. Alvarado, 321 F. App'x 399, 400 (5th Cir. 2009) (holding that because [defendant] was represented by counsel in the district court, he was not entitled to file a *pro se* motion on his own behalf). In the absence of extraordinary circumstances, a criminal defendant represented by counsel does not have a constitutional right to file every *pro se* motion he wants to file in addition to his attorney's motions. Tarter v. Hury, 646 F.2d 1010, 1014 (5th Cir. 1981). There are no extraordinary circumstances here which would justify a deviation from the standard Fifth Circuit practice. The Court will not consider any additional *pro se* motions filed by the Defendant now that he is represented by counsel.

For these reasons,

**IT IS ORDERED** that the Motion be **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 20th day of September, 2021.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT